FILED

DEC 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAROL DRAVELING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | Case No. F04-0029 CV (RRB)<br><br>**ORDER RE MOTION FOR SUMMARY JUDGMENT** |

　　　　Before the Court is Plaintiff Carol Draveling with a Motion for Summary Judgment (Docket 16). Having considered Magistrate Judge Hall's Report and Recommendation (Docket 20), in conjunction with Plaintiff's motion, Defendant's opposition (Docket 17), and Plaintiff's reply (Docket 19), the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety. Consequently, Plaintiff's Motion for Summary Judgment is **GRANTED IN PART** and her case is remanded for payment of benefits.

　　　　ENTERED this 5 day of December, 2005.

　　　　　　　　　　/s/ Ralph R. Beistline
　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　UNITED STATES DISTRICT JUDGE